574

Circuit Court of Appeals for the Fourth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Otis W. Rowe, pro se.* No appearance for respondent.

No. 257. SPEAKS *v.* HOAGE, DEPUTY COMMISSIONER, ET AL. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia and motion for leave to proceed further *in forma pauperis* denied. *Mr. I. Irwin Bolotin* for petitioner. No appearance for respondents.

No. 279. TARRER *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Messrs. Charles Beach Edwards* and *Allen W. Post* for petitioner. No appearance for the United States.

No. 297. STEINBERG *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Joseph Heller* for petitioner. No appearance for the United States.

No. 309. MOORE *v.* LOWE, SHERIFF. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia and motion for leave to proceed further *in forma pauperis* denied. *Mr. John C. Palmer,*